IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DR. SHERI L. KLOUDA,<br> Plaintiff | § § § | |
| vs. | § § | Civil Action No. 4:07-CV-355-Y |
| SOUTHWESTERN BAPTIST<br>THEOLOGICAL SEMINARY and<br>LEIGHTON PAIGE PATTERSON,<br> Defendants | § § § § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims in this cause are DISMISSED WITHOUT PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED September 20, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE